UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DR. RACHEL KOZICZKOWSKI,

    Plaintiff,

    v.                                       Case No. 2:20-cv-00115-LA

FOREFRONT DERMATOLOGY, S.C.,
and BETSY WERNLI, M.D.,

    Defendants.

---

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

---

Counsel for Plaintiff Dr. Rachel Koziczkowski and counsel for Defendants Forefront Dermatology, S.C., hereby stipulate and agree to the voluntary dismissal of this action in its entirety *with prejudice*. Each party will bear its own costs and expenses.

Dated 13th day of July, 2021

| **O'BRIEN & MARQUARD, PLC** | **MICHAEL BEST & FRIEDRICH LLP** |
|---|---|
| By: /s/<br>Kelsey A.W. Marquard<br>2322 East Kimberly Road, Suite 140S<br>Davenport, IA 52807<br>P: 563.355.6060<br>E: kawm@emprights.com | By: /s/<br>Michael K. Chropowicz<br>444 West Lake Street, Suite 3200<br>Chicago, IL 60606<br>P: 312.222.0800<br>E: mkchropowicz@michaelbest.com |
| *Attorney For Plaintiff Rachel Koziczkowski* | Elizabeth A. Odian<br>790 North Water Street, Suite 2500<br>Milwaukee WI 53202<br>P: 414.271.6560<br>E: eaodian@michaelbest.com |
| | *Attorneys For Defendants Forefront Dermatology, S.C. and Betsy Wernli, M.D.* |